DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARQIS LEONARD HERRING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2023-2726
_____

February 13, 2026

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Blair Allen, Public Defender, and Tosha Jo Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.